UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| RE: ) | |
| ) | Case No. 6:10-bk-14998-CCJ |
| James D. & Crystal M. Crandall ) | |
| ) | Judge - Cynthia C. Jackson |
| Debtor(s) ) | |

## MOTION TO RELEASE UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for James D. & Crystal M. Crandall, Claimant, hereby petitions the Court for $20,116.60, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to, James D. & Crystal M. Crandall, debtor.

The debtor did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the debtor, James D. & Crystal M. Crandall.
James D. & Crystal M. Crandall's current addresses are listed below.

The debtor's current mailing addresses are:

James D. Crandall
1 Raintree Dr
Port Orange, FL 32127--5937
(386) 690-7179
Last Four Digits of SSN or full TIN: 2101

Crystal M. Crandall
320 Ash St.
Brentwood, CA 94513
(314) 277-0080
Last Four Digits of SSN or full TIN: 0840

Dilks & Knopik, LLC now seeks to recover the funds from the Court's Registry. Wherefore, Dilks & Knopik, LLC prays that the Court order that a check in the amount of $20,116.60 made payable to James D. & Crystal M. Crandall c/o Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 be issued form the Courts Registry.

Date: May 4, 2016

Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216

Sworn and subscribed to before me
This 4th day of May, 2016

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: September 9, 2019

## AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks of Dilks & Knopik, LLC</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that James D. & Crystal M. Crandall is legally entitled to the unclaimed funds referenced in this application. To the best of my knowledge and belief, I am familiar with State of Florida requirements for acting in the capacity as a personal representative (or Attorney-in-fact).

Date: <u>May 4, 2016</u>

_____
Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
James D. & Crystal M. Crandall

## AFFIDAVIT OF SERVICE ON THE UNITED STATES ATTORNEY

In compliance with 28 USC section 2042, notice is hereby given that on <u>May 2, 2016</u> a <u>copy</u> of the Motion to Release Unclaimed Funds was served on the United States Attorney for the Middle District of Florida by U.S. Mail (postage fully paid) at the following addresses:

US Attorney
Attn: Civil Procedures Clerk
400 N .Tampa Street, Ste 3200
Tampa, FL 33602


Date: <u>May 4, 2016</u>

*Brian J. Dilks*
Dilks & Knopik, LLC


Sworn and subscribed to, before me
this <u>4th</u> day of May, 2016

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: <u>September 9, 2019</u>

## CERTIFICATE OF SERVICE OF APPLICATION

Notice is hereby given that on May 4, 2016 a copy of the Motion to Release Unclaimed Funds was served on the following parties for the Middle District of Florida by U.S. Mail at the following addresses:

US Attorney
Attn: Civil Procedures Clerk
400 N .Tampa Street, Ste 3200
Tampa, FL 33602

United States Trustee
501 E. Polk Street
Suite 1200
Tampa, FL 33602

James D. & Crystal M. Crandall
6019 Jamieson Ave
St Louis, MO 63109

Furthermore, a copy of the Motion to Release Unclaimed Funds was served on the following parties for the Middle District of Florida by electronic mail at the following email addresses:

Robert H. Zipperer
Attorney for Debtor
robertzipperer@bellsouth.net

Laurie K Weatherford
Case Trustee
ecfdailysummary@c13orl.com

Dated: May 4, 2016

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for
James D. & Crystal M. Crandall

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| RE: James D. & Crystal M. Crandall )<br>)<br>)<br>)<br>_____Debtor(s)_____ ) | Case: 6:10-bk-14998-CCJ<br><br>**AUTHORITY TO ACT**<br>**Limited Power of Attorney**<br>**LIMITED TO ONE TRANSACTION** |

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **James D. Crandall** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$20,116.60** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____[signature]_____   April 25, 20 16
James D. Crandall                  Date

**Tax ID: XXX-XX-2101**

### ACKNOWLEDGMENT

STATE OF Florida )        COUNTY OF Volusia )

On this 25 day of April, 2016, before me, the undersigned Notary Public in and for the said County and State, personally appeared James D. & Crystal M. Crandall known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC Dawn Marie Campo
Residing at 3824 S. Atlantic Ave Unit B, Daytona Beach, FL 32118
My Commission expires Oct. 3, 2017



DAWN MARIE CAMPO
Notary Public - State of Florida
My Comm. Expires Oct 3, 2017
Commission # FF 48787



PHOTO I.D &

Address Proof

